# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Semra Salkic, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:19-cv-00298-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Andrew Saul, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 2/18/2020 Order.

February 18, 2020

Frank G. Johns, Clerk
United States District Court